**Order entered December 30, 2021**



**In The**
### Court of Appeals
### Fifth District of Texas at Dallas

**No. 05-21-00421-CR**

**GEORGE RALPH BEACHEM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-82711-2019**

**ORDER**

Before the Court is appellant's December 28, 2021 second motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before January 28, 2022.

/s/    ERIN A. NOWELL
        JUSTICE